UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 681 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MARK A. TAYLOR, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

  This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer D. Armstrong, regarding the change of plea hearing of Mark A. Taylor, which was referred to the Magistrate Judge with the consent of the parties.

  On October 22, 2020 the government filed a 2 count Indictment, charging Defendant Taylor with Felon in Possession of a Firearm, in violation of Title 18 § 922(g)(1) and 924(a)(2), and Possession of a Firearm by a Person with a Prior Misdemeanor Domestic Violence Conviction, in violation of Title 18 § 922(g)(9) and 924(a)(2). On October 29, 2020 Magistrate Judge Baughman held an arraignment, during which Mr. Taylor entered a plea of not guilty to the charges. On November 22, 2022 Magistrate Judge Armstrong received Defendant's plea of guilty to count 1of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

  Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

  On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Taylor is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Mark A. Taylor is adjudged guilty to count 1 of the Indictment, in violation of Title 922(g)(1) and 924(a)(2). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on March 13, 2023 at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

January 9, 2023